# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thynge, Mary P. | U.S. District Court--Delaware | 09/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate-Judge Full-Time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

United States District Court
844 King Street, Unit 8
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Pension - Pennsylvania State Employee Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SEI Managed Account | Management Fees | J |
| 2. | Ameriprise | Management Fees | J |
| 3. | John Hancock | Management Fees | J |
| 4. | First Financial Equity Corp. | Management Fees | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Checking Account Wilmington, Delaware | A | Interest | M | T | | | | | |
| 2. Wachovia Money Market Account Wilmington, Delaware | A | Interest | L | T | | | | | |
| 3. Blackrock National Municipal Institutional Class | A | Div & Int | K | T | | | | | |
| 4. Jackson National Life Insurance Co. (Annuity) | C | Int/Prin | L | T | Distributed (part) | 04/28/15 | J | A | None |
| 5. Jackson National Life Insurance Co. (Annuity) | B | Int/Prin | L | T | Distributed (part) | 04/28/15 | J | A | None |
| 6. First Financial Equity Corp. MM Account | A | Interest | K | T | Open | 05/04/15 | K | | None |
| 7. American Life (Polaris Platinum Rewards Variable Annuity) | B | Int./Div. | | | Closed | 10/10/15 | L | B | None |
| 8. John Hancock Life Insurance Co., Venture Annuity | C | Int./Div. | M | T | | | | | |
| 9. Tandy Corporation | | None | | | Expired | 01/23/15 | J | | None |
| 10. PNC Bank Checking | | None | J | T | | | | | |
| 11. PSER, Harrisburg, PA | | None | K | T | | | | | |
| 12. BRT | | None | J | T | | | | | |
| 13. ERF | A | Dividend | J | T | | | | | |
| 14. T | B | Dividend | K | T | | | | | |
| 15. PFE | A | Dividend | J | T | | | | | |
| 16. FNB | A | Dividend | J | T | | | | | |
| 17. Bottomline Home | | None | | | Sold | 02/03/15 | J | A | None |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MSFT | A | Dividend | K | T | | | | | |
| 19. Radio Shack | A | Dividend | J | T | | | | | |
| 20. Actavis PLC | | None | | | Sold | 01/23/15 | J | | None |
| 21. CIENA | | None | J | T | | | | | |
| 22. JDSU | | None | | | Sold | 01/23/15 | J | | None |
| 23. Rydex S&P | | None | J | T | Buy | 03/02/15 | J | | None |
| 24. Eventide Gilead CLA | | None | K | T | | | | | |
| 25. Alliance Fiber Optic Products | | None | J | T | | | | | |
| 26. Vanguard Consumer EFT | A | Dividend | J | T | Buy | 01/23/15 | J | | None |
| 27. MSFT | A | Dividend | J | T | | | | | |
| 28. Sun America Focused Dividend | A | Dividend | K | T | | | | | |
| 29. NXP Semiconductors | A | Dividend | | | Sold | 03/02/15 | J | B | None |
| 30. Viavi Solutions Inc, | | None | J | T | Buy | 11/23/15 | J | | None |
| 31. FAZ | | None | | | Sold | 03/02/15 | J | A | None |
| 32. SEI: TMLCX | A | Dividend | N | T | | | | | |
| 33. Credit Suisse | A | Dividend | | | Sold | 03/02/15 | J | A | None |
| 34. GNMA REMIC | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Eagle Gold | | None | J | T | | | | | |
| 36. Freddie Mac REMIC 1274L | A | Interest | J | T | Redeemed (part) | 08/17/15 | J | A | None |
| 37. Advanced Auto Parts | A | Dividend | | | Sold | 03/02/15 | J | | None |
| 38. Air Lease Corp. | A | Dividend | | | Sold | 03/02/15 | J | | None |
| 39. ETrade BK | A | Interest | K | T | | | | | |
| 40. SILEA | A | Dividend | J | T | | | | | |
| 41. SUI | B | Dividend | K | T | | | | | |
| 42. SPKKY formerly NZTCY | A | Dividend | J | T | | | | | |
| 43. CTL | B | Dividend | K | T | | | | | |
| 44. FEMOW | | None | J | T | | | | | |
| 45. Extended Ins. SEP Dep. Acct | A | Interest | J | T | | | | | |
| 46. CS First Boston | A | Interest | J | T | Buy | 01/23/15 | J | | None |
| 47. Bank Amer Series 2005-5 | A | Interest | J | T | | | | | |
| 48. Ameriprise MM Account | A | Interest | | | Closed | 05/04/15 | K | B | None |
| 49. SEI: STMSX | A | Dividend | L | T | | | | | |
| 50. SEI: TMMAX | A | Dividend | K | T | | | | | |
| 51. SEI: SEITX | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  SEI: SIEMX | A | Dividend | K | T | | | | | |
| 53.  SEI: SEIMX | A | Dividend | M | T | | | | | |
| 54.  SEI: SRAAX | A | Dividend | K | T | | | | | |
| 55.  SEI: SEATX | A | Dividend | K | T | | | | | |
| 56.  SEI: SITEX | A | Dividend | K | T | | | | | |
| 57.  SEI: SEFIX | A | Dividend | J | T | | | | | |
| 58.  SEI: TPRXX | A | Interest | J | T | | | | | |
| 59.  SEI: SPHXX | B | Interest | | | Sold | 01/20/15 | J | B | None |
| 60.  SEI CASH ACCESS | A | Interest | J | T | | | | | |
| 61.  First Trust Inv. Grade | A | Dividend | | | Sold | 06/11/15 | J | | None |
| 62.  First Trust Eur. Deep Val | A | Dividend | | | Sold | 07/23/15 | J | A | None |
| 63.  Baidu Inc. | | None | J | T | | | | | |
| 64.  EPam Systems Inc. | | None | | | Sold | 03/02/15 | J | A | None |
| 65.  Kapstone Paper & Packing Co. | | None | | | Sold | 03/02/15 | J | A | None |
| 66.  Ulta Salon | | None | J | T | | | | | |
| 67.  Lincoln Financial Corp. (Lincoln Lifetime Income Advantage 2.0 Managed | A | Int./Div. | L | T | Buy | 10/10/15 | L | | None |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 09/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII - Item 22 should have been CIENA on my 2014, rather than CIEN. This was a typographical error.

VII - Item 34 was listed in my 2014 as FNMA. That was a typographical error and should have been GNMA.

VII - Items 48 - In May 2015, I closed my Ameriprise Account and transferred all assets to First Financial Equity Corporation.

VII - Item 46 - Extended Ins. SEP Dep. Account(s) was incorrectly listed in May 2014 report as Sweep. That was a typographic error and should have been SEP, not Sweep.

VII - Items 4 & 5 - Jackson National Life Insurance Co. are two anuities I inherited. At the time of my inheritance, annual payments were made which I continued. There are no sub-account choices, no investment options, or any specific investment options provided.

VII - Item 7 - American Life was closed and assets transferred to Lincoln Financial Group. The annuity in which it was invested was Polaris Platinum Variable Annuity.

VII - Item 8 - John Hancock Annuity has no right to chose investments or sub-account choices.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thynge, Mary P. | 09/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary P. Thynge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544